UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-3175-White

UNITED STATES OF AMERICA

vs.

RICARDO I. MEJIA,

       Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the complaint against the above named defendant.

                                       Respectfully submitted,

                                       R. ALEXANDER ACOSTA
                                       UNITED STATES ATTORNEY

cc:    U.S. Attorney (Lynn D. Rosenthal, AUSA)
       U.S. Marshal
       Chief Probation Officer
       Pretrial Services
       Special Agent

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: 1-8-07

                                       BARRY L. GARBER
                                       UNITED STATES MAGISTRATE JUDGE